**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for JESUS ALBERTO SALAZAR-MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:17-CR-00186-DAD- BAM |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| vs. ) | **HEARING** |
| ) | |
| JESUS ALBERTO SALAZAR-MARTINEZ ) | Date: December 3, 2018 |
| ) | Time: 11:00 a.m. |
| ) | Judge: Honorable Barbara M. Auliffe |
| Defendants. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Status hearing/Motion to Be Relieved as Counsel in the above captioned matter now set for December 3, 2018, at 11:00 am, may be continued to December 17, 2018 at 11:00 am., Defendant agrees to waive time.

The continuance is requested by counsel for Defendant, JESUS ALBERTO SALAZAR-MARTINEZ as Attorney Daniel L. Harralson is currently in Trial before The Honorable Rosemary McGuire in the Fresno Superior Court in Maria Banda Wash v. John Wash, et al, case #15 CE CG 00967and has been instructed by Judge McGuire to clear his calendar so as not to interfere with the ongoing trial.

DATED: November 29, 2018        Respectfully Submitted,

**DANIEL L. HARRALSON ATTORNEY AT LAW**


    /s/  Daniel Harralson
DANIEL L. HARRALSON
Attorney for Defendant


DATED: November 29, 2018        **UNITED STATES ATTORNEYS OFFICE**


    /s/  Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney


**ORDER**

IT IS SO ORDERED that the 7th Status Conference and Motion to be Relieved as Counsel scheduled for December 3, 2018, at 11:00 a.m. before Magistrate Judge Barbara A. McAuliffe is continued to **December 17, 2018 at 2:00 p.m. before Magistrate Judge Sheila K. Oberto.** Time is excluded.

IT IS SO ORDERED.


Dated**:  November 30, 2018**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE